IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEONARD THOMPSON,

      Appellant,

v.

      Case No.  5D21-1348
      LT Case No. 2018-CF-002047-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Matthew J. Metz, Public Defender,
and Victoria Rose Cordero, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kellie A. Nielan,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, SASSO and NARDELLA, JJ., concur.